ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Delta Mechanical Contractors, LLC | ) ASBCA No. 63593 |
| | ) |
| Under Contract No. W91278-16-C-0021 | ) |

APPEARANCES FOR THE APPELLANT: William E. O'Gara, Esq.
Kathryn M. Couture, Esq.
  Pannone Lopes Devereaux & O'Gara LLC
  Johnston, RI

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Kaley E. Angus, Esq.
David C. Brasfield, Jr., Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Mobile

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: November 21, 2023

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63593, Appeal of Delta Mechanical Contractors, LLC, rendered in conformance with the Board's Charter.

Dated: November 21, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals